IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| REBECCA APONTE, Executor of the Estate of MARYANN DEPETRIS, Deceased, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> OLD DOMINION TRUCK LEASING, et al., <br><br> Defendants. | Case No. 1:13-cv-2242 <br><br> Judge Solomon Oliver <br><br> **STIPULATED DISMISSAL OF DEFENDANTS, DOMINION DEDICATED LOGISTICS, INC.; AND OLD DOMINION TRUCK LEASING, INC., *ONLY*, WITHOUT PREJUDICE** |

Now come the parties, by and through undersigned counsel, and hereby stipulate to a voluntary dismissal of the Defendants, Dominion Dedicated Logistics, Inc.; and Old Dominion Truck Leasing, Inc., *only*, without prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. This dismissal is without effect to the remaining Defendants in this case, against whom Plaintiffs' claims remain pending for adjudication.

Respectfully submitted,

*/s/ John J. Reagan*
John J. Reagan, Esq.
KISLING, NESTICO & REDICK, LLC
3412 W. Market Street
Akron, OH 44333
***Counsel for Plaintiffs***

*Per telephone consent 7-22-14*
Michael A. Paglia, Esq.
Ritzler, Coughlin & Paglia
1360 East Ninth Street
1000 IMG Center
Cleveland, OH 44114
***Counsel for Defendant Dominion Dedicated Logistics, Inc.***

*Per email consent 7-21-14*
Holly Marie Wilson, Esq.
Reminger Co., L.P.A.
101 W. Prospect Avenue, #1400
Cleveland, OH 44115
***Counsel for Defendant Old Dominion Truck Leasing, Inc.***

*Per email consent 7-18-14*
Joseph W. Pappalardo, Esq.
Gallagher Sharp
1501 Euclid Ave., 6th Floor
Cleveland, OH 44115
***Counsel for Defendants Eastern Sleep Products Company; Robert McChargue; Symbol Mattress Transportation, Inc.***

**CERTIFICATE OF SERVICE**

The foregoing was filed on the 23rd day of July, 2014 via ECF/PACER, with electronic service to all parties.

/s/ John J. Reagan
John J. Reagan  #0067389
Attorney for Plaintiffs

JJR/jmg

7/24/2014 - IT IS SO ORDERED.
/s/SOLOMON OLIVER, JR
CHIEF JUDGE
UNITED STATES DISTRICT COURT