UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| REBECCA OLIVO APONTE, *et al.*, | ) | Case No.: 1:13 CV 2242 |
| | ) | |
| Plaintiffs | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| OLD DOMINION TRUCK LEASING, INC, | ) | <u>ORDER</u> |
| *et al.*, | ) | |
| Defendants | ) | |

This court has been advised by counsel for the parties that this action has settled and that they will be submitting a dismissal entry to the court, pending approval of Probate Court. Therefore it is not necessary that the action remain upon the calendar of the court.

IT IS ORDERED that this action is hereby closed. The court retains jurisdiction to vacate this Order to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

/s/<i>SOLOMON OLIVER, JR.</i><br>
CHIEF JUDGE<br>
UNITED STATES DISTRICT COURT

March 31, 2015